People of the State of Illinois, Plaintiff-Defendant in Error, v. Herbert Miller, a/k/a Herbert Miller, Jr., Defendant-Plaintiff in Error.

Gen. No. 10,597.

Fourth District.

March 8, 1965.

H. E.
Anthony, Browder & Anthony, for plaintiff in error; Robert J.
Waaler, State's Attorney, of Urbana (Andrew Stecyk and Jack
Waaler, Assistant State's Attorneys, of counsel), for defendant
in error. Opinion by JUSTICE CRAVEN. Not to be published in
full.